# United States Court of Appeals
## For the First Circuit

No. 18-1876

UNITED STATES OF AMERICA,

Appellee,

v.

BRYAN MORAN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 27, 2019 is amended as follows:

On page 6, footnote 2, line 6 of the footnote, replace "bag's" with "bags"